JESUP *v.* ATLANTIC AND BIRMINGHAM RAILWAY COMPANY.

EVANS, J. The plaintiff having proved his case as laid, the trial judge erred in awarding a nonsuit. *Kelly* v. *Strouse*, 116 *Ga.* 881–883.
*Judgment reversed. All the Justices concur, except Simmons, C. J., absent.*

Argued May 19, — Decided June 14, 1905.

Action for damages. Before Judge Crisp. City court of Vienna. October 20, 1904.

*Hill & Royal*, for plaintiff.
*J. L. Sweat* and *Crum & Jones*, for defendant.